# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eric Flores, | ) |
|           Plaintiff, | ) Case No: 2:14-cv-15 |
| vs. | ) **REPORT AND RECOMMENDATION** |
| United States Attorney General, United States Department of Health and Human Services, and Public Health Service named Sierra Medical Center, | ) |
|           Defendants. | ) |

Plaintiff Eric Flores ("Flores") filed a motion to proceed *in forma pauperis* ("IFP") and attached a 119 page proposed complaint. (Doc. #1). Flores submitted an identical proposed complaint along with a motion to proceed IFP less than one year ago. See Flores v. U.S. Attorney Gen., D.N.D. Case No. 1:13-cv-39, Doc. #1. This court found that the proposed complaint, which alleges federal government employees directed satellite transmissions toward Mexican-Americans to alter their genetic code was "clearly fanciful, fantastic [and] delusional." Id. at Doc. # 6 (Order Adopting Report and Recommendation). Flores's motion to proceed IFP was denied and his complaint was dismissed with prejudice. Id. Flores is barred from refiling the complaint. It is **RECOMMENDED** that the motion to proceed IFP (Doc. #1) be **DENIED** and the action be **DISMISSED**. It is further **RECOMMENDED** that the court find that any appeal would be frivolous, could not be taken in good faith, and may not be taken in forma pauperis.

Dated this 5th day of March, 2014.

                                                                     /s/ *Karen K. Klein*
                                                                     Karen K. Klein
                                                                       United States Magistrate Judge

## NOTICE OF RIGHT TO OBJECT

Pursuant to Local Court Civil Rule 72.1(D)(3), any party may file written objections to this Report and Recommendation by **March 21, 2014**. Failure to file objections may result in the recommended action being taken.