IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| Eric Flores, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-15 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION AND** |
| United States Attorney General, United States Department of Health and Human Services, and Public Health Service named Sierra Medical Center, | ) ) ) ) ) | **DISMISSING CASE** |
| | ) | |
| Defendants. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be denied and this action be dismissed (Doc. #4). The Court has reviewed the Report and Recommendation and the entire file, and finds the Magistrate Judge's recommendations are appropriate. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Plaintiff's motion to proceed *in forma pauperis* (Doc. #1) is **DENIED**. This case is hereby **DISMISSED**. The Court certifies that any appeal would be frivolous, could not be taken in good faith, and may not be taken *in forma pauperis*.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 21st day of May, 2014.

/s/ Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court